United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UMANG BHARDWAJ, et al.,

        Plaintiffs,

    v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,

        Defendants.

Case No.  26-cv-00226-SK

**ORDER OF DISMISSAL WITH PREJUDICE**

Regarding Docket No. 6

On January 22, 2026, Plaintiffs Umang Bhardwaj and Eesha Acharya filed a stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Dkt. No. 6.) Because Defendants have not filed an answer or a motion for summary judgment, the Court HEREBY DISMISSES this case WITH PREJUDICE.  Each party shall bear its own fees and costs.  The Clerk is instructed to close this file.

    **IT IS SO ORDERED**.

Dated: January 22, 2026

_____

SALLIE KIM
United States Magistrate Judge